UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. _____
*ELECTRONICALLY FILED*

JAMIE BOWLING,                                                                           PLAINTIFF,

v.

RELIANCE STANDARD LIFE INSURANCE CO.,                            DEFENDANT.

**NOTICE OF REMOVAL**

    Defendant Reliance Standard Life Insurance Company ("Reliance"), by and through its undersigned counsel, timely files this Notice of Removal pursuant to 28 U.S.C. § 1331, 29 U.S.C. §1132(e), and 28 U.S.C. §1441(a), (b) and (c), removing the above-captioned action to the United States District Court for the Eastern District of Kentucky from Laurel Circuit Court, Commonwealth of Kentucky, and avers as follows:

    1.    The above-captioned action was commenced by Plaintiff against Defendant in the Laurel Circuit Court, Commonwealth of Kentucky, as Civil Action No. 18–CI–01002 on or about November 27, 2018. A true and correct copy of the Complaint is attached hereto as part of <u>Exhibit 1</u>.

    2.    To the extent service or notice has been effectuated upon Reliance, it has been less than thirty (30) days, as evidenced by the fact that it has been less than 30 days since the Complaint was filed.

    3.    Plaintiff filed this action seeking disability benefits under a group policy that is subject to and governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et. seq*.

4. While Plaintiff questions the applicability of ERISA to the disability coverage, the employer paid all premiums for eligible employees and the policy insured 100% of all eligible employees, contrary to the safe harbor requirements. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. § 1441(c) as an action arising under a federal law. *See Metropolitan Life Insurance Company v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

5. This Court has original subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a), (b) and (c).

6. This Notice of Removal is being filed within 30 days of defendant's receipt of the Complaint as required by 28 U.S.C. § 1446(b).

7. No pleadings, process or orders other than the Complaint and Summons have been served on Reliance and therefore no other pleadings, process, or orders are attached to this Notice as required by 28 U.S.C. §1446(a). The entire record of the Laurel Circuit Court is attached hereto as <u>Exhibit 1</u>.

8. All fees required by law in connection with this notice have been filed by Reliance

9. Reliance will file a notice with the Clerk of the Laurel Circuit Court advising of the timely and proper removal of this action to this Court.

**WHEREFORE**, Defendant Reliance Standard Life Insurance Company removes the above-captioned matter now pending in the Laurel Circuit Court, Commonwealth of Kentucky, to the United States District Court for the Eastern District of Kentucky.

9509348v.1

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Edward M. O'Brien
James M. Burd
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 (fax)
james.burd@wilsonelser.com
edward.o'brien@wilsonelser.com
*Counsel for Defendant Reliance Standard Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 20, 2018, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

Elizabeth A. Thornsbury
M. Austin Mehr
Mehr Fairbanks & Peterson
201 West Short Street, Suite 800
Lexington, KY 40507
*Counsel for Plaintiff*

And that a copy of the foregoing was served via U.S. mail upon Plaintiff's counsel at the address specified above.

/s/ Edward M. O'Brien
*Counsel for Defendant Reliance Standard Life Insurance Company*

9509348v.1