UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
*ELECTRONICALLY FILED*

| | |
|---|---|
| JAMIE BOWLING,                          ) | |
|                                         ) | |
|        Plaintiff,        ) | |
|                                         ) | |
| vs.                                     ) | CASE NO. 6:18-cv-00326-REW |
|                                         ) | |
| RELIANCE STANDARD LIFE                  ) | |
| INSURANCE COMPANY,                      ) | |
|                                         ) | |
|        Defendant.       ) | |

## AGREED ORDER OF DISMISSAL

**\*\*\* \*\*\* \*\*\* \*\*\***

Plaintiff Jamie Bowling and Defendant Reliance Standard Life Insurance Company (collectively "the Parties"), having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*/s/Edward M. O'Brien* (w/permission by EAT)
Edward M. O'Brien
**WILSON    ELSER    MOSKOWITZ**
**EDELMAN & DICKER LLP**
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
edward.o'brien@wilsonelser.com
*Counsel for Defendant Reliance Standard Life*
*Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **James M. Burd**
  James.Burd@wilsonelser.com,edward.o'brien@wilsonelser.com,
  sherrie.comer@wilsonelser.com,nancy.quintana@wilsonelser.com
- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com,
  pgf@austinmehr.com,shall@austinmehr.com
- **Edward M. O'Brien**
  edward.o'brien@wilsonelser.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com,
  shall@austinmehr.com

**Manual Notice List**

- No manual recipients

/s/ Elizabeth A. Thornsbury
ELIZABETH A. THORNSBURY